UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CV-33(M)

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CONSENT ORDER FOR |
| | ) | ENTRY OF JUDGMENT |
| CARMALINDA T. EARLY, | ) | |
| Defendant. | ) | |

The United States of America, Plaintiff, by and through the United States Attorney for the Eastern District of North Carolina, and Carmalinda T. Early, Defendant, pro se, hereby stipulate and agree to entry of judgment in this action.

On January 28, 2020, Plaintiff filed a Complaint in this action. [D.E. 1].

On April 27, 2020, Defendant contacted Plaintiff and advised her desire to enter into a Consent Judgment in this matter. All parties hereby agree to entry of judgment in this action.

IT IS ORDERED that judgment is entered in favor of the Plaintiff against the Defendant in the principal amount of $180,256.50 with accrued interest of $149,321.98 as of April 29, 2019 for a total judgment of $329,578.48, plus interest accrued since April 29, 2019 until entry of judgment at a rate of 11 percent per annum. Pursuant to 28 U.S.C.§ 1961, judgment interest shall be set at the current judgment rate.

The Clerk of United States District Court is DIRECTED to prepare and enter judgment in this case as Ordered above.

SO ORDERED this the ___19th___ day of June, 2020.

RICHARD E. MYERS II
UNITED STATES DISTRICT JUDGE

CONSENTED TO:

Plaintiff

                ROBERT J. HIGDON, JR.
                United States Attorney

                */s/ Lauren A. Golden*
                LAUREN A. GOLDEN
                Attorney for Plaintiff
                Assistant United States Attorney
                150 Fayetteville Street, Suite 2100
                Raleigh, North Carolina 27601
                Telephone: (919) 856-4870
                Email: lauren.golden@usdoj.gov
                N.C. Bar # 43071

Defendant

    I hereby acknowledge that I have received a copy of the Complaint and Summons in this matter and agree to entry of judgment against me based upon the terms listed in this Consent Order for Entry of Judgment.

                */s/ Carmalinda J. Early*
                CARMALINDA T. EARLY, *pro se*

Date: 5-11-2020